IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICKY THOMAS, | ) | No. C 11-4236 RMW (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| GARY SWARTHOUT, Warden, | ) | |
| Respondent. | ) | |

    Petitioner, a federal parole violator proceeding pro se, filed a one page habeas corpus petition on August 26, 2011.  That same day, the court sent a notification to petitioner informing him that he did not file a completed in forma pauperis application, nor did he pay the required filing fee.  The court provided a copy of the in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee or file a completed application with supporting documentation within thirty days.  The court also informed him that he was required to submit a completed complaint or petition within thirty days, or the action would be dismissed.  No response has been received from petitioner. Accordingly, this case is DISMISSED without prejudice.

    IT IS SO ORDERED.

DATED: _____

                                    RONALD M. WHYTE
                                    United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.11\Thomas(Villareal)236disifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKY THOMAS,

        Plaintiff,

  v.

GARY SWARTHOUT, Warden,

        Defendant.

Case Number: CV11-04236 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ricky Thomas 81361-011
Santa Rita County Jail
UKE744
5325 Broder Boulevard
Dublin, CA 94568

Dated: October 25, 2011

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk