1

2

3                                          *E-FILED - 10/25/11*

4

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  RICKY THOMAS,                    )         No. C 11-4236 RMW (PR)
                                     )
12                 Petitioner,       )         JUDGMENT
                                     )
13    v.                             )
                                     )
14  GARY SWARTHOUT, Warden,          )
                                     )
15                 Respondent.       )
    _____)
16

17         The court has dismissed the instant petition for writ of habeas corpus without

18  prejudice.  A judgment of dismissal without prejudice is entered.  The clerk shall close the file.

19         IT IS SO ORDERED.

20  DATED: _____          _Ronald M. Whyte_____
                                     RONALD M. WHYTE
21                                   United States District Judge

22

23

24

25

26

27

28

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.11\Thomas(Villareal)236jud.wpd

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

RICKY THOMAS,

             Plaintiff,

  v.

GARY SWARTHOUT, Warden,

             Defendant.

_____/

Case Number: CV11-04236 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ricky Thomas 81361-011
Santa Rita County Jail
UKE744
5325 Broder Boulevard
Dublin, CA 94568

Dated: October 25, 2011

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk