1

2

3                                                    *E-FILED - 10/25/11*

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11   RICKY THOMAS,                     )      No. C 11-4236 RMW (PR)
                                       )
12           Petitioner,               )      JUDGMENT
                                       )
13      v.                             )
                                       )
14   GARY SWARTHOUT, Warden,           )
                                       )
15           Respondent.               )
     _____)
16
            The court has dismissed the instant petition for writ of habeas corpus without
17
     prejudice.  A judgment of dismissal without prejudice is entered.  The clerk shall close the file.
18
            IT IS SO ORDERED.
19
     DATED:  10/24/11                    _Ronald M. Whyte_
20                                         RONALD M. WHYTE
                                           United States District Judge
21

22

23

24

25

26

27

28

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.11\Thomas(Villareal)236jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKY THOMAS,

              Plaintiff,

  v.

GARY SWARTHOUT, Warden,

              Defendant.

                                      /

Case Number: CV11-04236 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ricky Thomas 81361-011
Santa Rita County Jail
UKE744
5325 Broder Boulevard
Dublin, CA 94568

Dated: October 25, 2011

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk